**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES E. LEWIS II,

                   Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

                   Defendant.

                                /

No. C 08-5669 MHP

**JUDGMENT**

      This action having come before this Court, the Honorable Marilyn Hall Patel, United States District Judge presiding, and the issues having been duly presented in accordance with the standing procedural order of this Court, and an Order having been duly filed herein,

      IT IS ORDERED AND ADJUDGED that plaintiff's motion is DENIED, and his motion for remand is GRANTED.  Defendant's motion for summary judgment is GRANTED in part and DENIED in part.  This action is REMANDED to the Administrative Law Judge in accordance with the order entered herein on this date.

      This judgment is entered pursuant to sentence four of section 405(g) of the Social Security Act,  42 U.S.C. § 405(g).[1]

Date:December 15, 2009

MARILYN HALL PATEL
Judge
United States District Court
Northern District of California

**United States District Court**
For the Northern District of California

**ENDNOTES**

1.  Without opining on the merits of an attorneys' fee application, the court notes that the time within which to make application for attorneys' fees commences to run with the filing of this judgment.